*H. L. Patterson,* for plaintiff.

*O. A. Nix,* for defendants.

---

### 16118. HEATH *v.* THE STATE.

### 16119. WASHINGTON *v.* THE STATE.

BROYLES, C. J. 1. "Where A, knowing that B is guilty of a murder, assists B in concealing the crime and the body of the murdered person, A is not thereby guilty of 'receiving, harboring, or concealing' the murderer, within the meaning of section 326 of the Penal Code of 1910."

2. Under the above-stated ruling of the Supreme Court in these cases (the question being certified by this court), and the facts of the cases, the conviction of the accused was contrary to law and the evidence, and the court erred in overruling the motions for a new trial. For the full opinion of the Supreme Court see *Heath* v. *State,* and *Washington* v. *State,* 160 *Ga.* 678 (128 S. E. 913), decided July 14, 1925.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 29, 1925.

Indictment for harboring and concealing murderer; from Floyd superior court—Judge Wright. November 22, 1924.

*Willingham, Wright & Covington,* for plaintiffs in error.

*E. S. Taylor, solicitor-general,* contra.